FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | $160 | 000 | 00 | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | $130 | 684 | 00 | Notes payable to relatives | $66 | 000 | 00 |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | $7 | 000 | 00 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule | $65 | 059 | 00 |
| Real estate owned—add schedule | $625 | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | | |
| Autos and other personal property | $30 | 000 | 00 | Dr. Ward Damon—orthodontist | $2 | 409 | 00 |
| Cash value—Life insurance | $20 | 000 | 00 | (for daughter Amanda) | | | |
| Other assets—itemize: | | | | | | | |
| Deferred Comp. Plan--St. of Wa. | $70 | 700 | 00 | | | | |
| State Defined Benefits Pension Plan | $99 | 600 | 00 | | | | |
| Rent on condominium at $800 per mo. | | | | Total Liabilities | $140 | 468 | 00 |
| for an annual total of | $9 | 600 | 00 | Net Worth | $1,005 | 056 | 00 |
| Total Assets | $1,145 | 524 | 00 | Total liabilities and net worth | $1,145 | 524 | 00 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule.) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

Digitized by Google

## REAL ESTATE OWNED

Seattle, King County, Washington

Personal residence
Subject to deed of trust with balance of
$65,059.62 15-year deed of trust at 7.375%
with Washington Mutual Savings Bank of
Seattle, Washington. Final payment due
9/1/2007.

Seattle, King County, Washington

Rental condominium
Subject to purchase-sale agreement with
balance of $66,000 owed to Ruth Lasnik
of Seattle, Washington

ROBERT AND SEDA LASNIK
SEATTLE, WA

INVESTMENT SUMMARY: VALUES AS OF May 7, 1998
REVIEWED BY: ANN M. NOVOSEL, CERTIFIED FINANCIAL PLANNER

| Investment: | Ownership | Value |
|---|---|---|
| **SAFETY: Cash Accounts** | | |
| KMS Money Mkt fund | Robt & Seda, JT TEN | $ 93 |
| | SUBTOTAL: | $ 93 |
| | | |
| **GROWTH: Stock Investments** | | |
| Income Fund of Am | Seda's IRA | $ 7,484 |
| Wash Mut Investors | Seda's IRA | $ 24,180 |
| EuroPacific | Seda's IRA | $ 7,442 |
| Income Fund of Am | Seda's IRA Rollover | $ 1,615 |
| Wash Mut Investors | Seda's IRA Rollover | $ 3,818 |
| EuroPacific | Seda's IRA Rollover | $ 1,604 |
| Wash Mut Investors | Robert's IRA | $ 24,000 |
| New Perspective | Robert's IRA | $ 18,931 |
| 400 sh Microsoft | Robt & Seda, JT TEN | $ 34,525 |
| 100 sh Immunex | Robt & Seda, JT TEN | $ 7,025 |
| | SUBTOTAL: | $130,624 |

**ROBERT & SEDA'S INVESTMENT TOTAL:**          $130,717

**Other Assets:**

| | | |
|---|---|---|
| Fidelity Adv Balanced | Ruth Lasnik & Robt. Lasnik | $ 17,876 |
| | JTWROS | |

Ruth Lasnik is Bob's mother. Taxes are paid on Ruth's social security number. This is considered Ruth's money, Bob was listed as joint owner for beneficiary purposes.

**Children's UTMA: Seda is custodian**

| | | |
|---|---|---|
| Amanda: | Pimco Advisors Growth | $ 4,645 |
| | money market fund | $ 68 |
| | 40 shares Starbucks | $ 1,880 |
| | | |
| Alexander: | Pimco Advisors Growth | $ 4,051 |
| | money market fund | $ 59 |
| | 40 shares Starbucks | $ 1,880 |
| | | |
| Andrew: | Pimco Advisors Growth | $ 3,332 |
| | money market fund | $ 66 |
| | 40 shares Starbucks | $ 1,880 |

**TOTAL OF CHILDREN'S UTMA ACCOUNTS:**          $ 17,861

**Note:** KMS Financial Services accounts only: values are as of 5/6/98. Market values will fluctuate.

Digitized by Google

| AO-19<br>Rev. 1/97 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR   1997 | Report Required by the Ethics<br>Reform Act of 1989. Pub. L. No.<br>101-194. November 30, 1989.<br>(5 U.S.C. App. 4, 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br><br>Lasnik, Robert S. | 2. Court or Organization<br><br>U.S. District Court,<br>Western District of Washington | 3. Date of Report<br><br>5/8/98 |
|---|---|---|
| 4. Title (Article III Judges indicate active or<br>senior status; Magistrate Judges indicate<br>full- or part-time)<br><br>Candidate for U.S. District Court Judge | 5. Report Type (check appropriate type)<br><br>X Nomination, Date 5/11/11<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>1/1/97 - 5/8/98 |
| 7. Chambers or Office Address<br><br>C-203 King County Courthouse<br>Seattle, WA  98104 | 8. On the basis of the information contained in this Report and<br>any modifications pertaining thereto, it is, in my opinion,<br>in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I.  POSITIONS.   (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| X | **NONE**   (No reportable positions) | |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |

## II.  AGREEMENTS.   (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ | **NONE**   (No reportable agreements) |

| DATE | PARTIES AND TERMS |
|---|---|
| 1990-1998 | Judicial Retirement Account – State of Washington Dept. of Retirement Systems.<br>A Section 457 deferred compensation plan with limited control. |
| 1978-1998 | Public Employees Retirement System (PERS 2).  A defined benefits retirement<br>plan. (No control). |

## III.  NON-INVESTMENT INCOME.   (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| ☐ **NONE**   (No reportable non-investment income) | | |
| 1997 | Seattle Hebrew Academy (S) | $_____ |
| 1997 | Administrator for the Courts | $  91,737 |
| 1998 | Administrator for the Courts | $  37,873 |
| 1998 | Seattle Hebrew Academy (S) | $_____ |
| _____ | _____ | $_____ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Robert S. Lasnik | Date of Report<br>5/8/98 |
|---|---|---|

**IV. REIMBURSEMENTS and GIFTS** -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |

**V. OTHER GIFTS.** (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

**VI. LIABILITIES.** (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Robert S. Lasnik | Date of Report<br>5/8/98 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | Exempt | D.<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.1<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value2<br>Code<br>(J-P) | (2)<br>Value<br>Method3<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value2<br>Code<br>(J-P) | (4)<br>Gain1<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | Exempt | | | | |
| 1 Washington Mutual (J) | B | Int. | K | T | | | | | |
| 2 Seafirst Bank (J) | A | Int. | J | T | | | | | |
| 3 Microsoft (J) | | None | K | T | | | | | |
| 4 Bank of New York (S) | A | Int. | K | T | | | | | |
| 5 Starbucks common stock (DC) | | None | J | T | | | | | |
| 6 Pimco Advisors Growth (DC) | | None | J | T | | | | | |
| 7 Income Fund of America (J) (IRA) | | None | J | T | | | | | |
| 8 EuroPacific (IRA) (J) | | None | J | T | | | | | |
| 9 Washington Mutual Investors (IRA) (J) | | None | L | T | | | | | |
| 10 New Perspective (IRA) (J) | | None | K | T | | | | | |
| 11 Immunex common stock (J) | | None | J | T | | | | | |
| 12 Fidelity Equity Income (J) (Mutual Bond Fund) | | None | K | T | | | | | |
| 13 Fidelity Growth Co. (J) | | None | K | T | | | | | |
| 14 Ragen-McKenzie (J) | A | Int. | J | T | | | | | |
| 15 State Farm Life Ins. Co. (J) | A | Int. | J | T | | | | | |
| 16 Rental Property Seattle, WA King Co. (J) | D | Rent | M | W | | | | | |
| 17 PERS 2 - State Pension Plan (J) | C | Int. | L | T | | | | | |
| 18 Fidelity Ret. Growth Co. (J) | | None | K | T | | | | | |

| 1 Inc/Gain Cds:<br>(Col. B1,D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500 C=$2,501-$5,000<br>G=$100,001-$1,000,000 | D=$5,001-$15,000<br>H1=$1,000,001-$5,000,000 | E=$15,001-$50,000<br>H2=$5,000,001 or more |
|---|---|---|---|---|
| 2 Val Cds:<br>(Col. C1,D3) | J=$15,000 or less<br>O=$500,001-$1,000,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=$50,000,001 or more | M=$100,001-$250,000 N=$250,001-$500,000<br>P2=$5,000,001-$25,000,000 | |
| 3 Val Mth Cds:<br>(Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

\* Nos. 6, 7, 8, 9, 10, 13, and 18 are Mutual Stock Funds.

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert S. Lasnik | 5/8/98 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical (J) for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | Exempt | | D. Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt.1 Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value2 Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | Exempt | | | | | |
| 19 (Mutual Utilities Fund) Equity Income Fund | B | Int. | K | T | | | | | | |
| 20 (Mutual Stocks Fund) Merrill Lynch Basic Value Fund | | None | K | T | | | | | | |
| 21 (Mutual Stocks Fund) Pilgrim Magnacap | | None | K | T | | | | | | |
| 22 (Mutual Municipal Bonds Fund) Franklin Tax-Free | C | Int. | L | T | | | | | | |
| 23 Merrill Lynch Municipal Bond Insured | C | Int. | L | T | | | | | | |
| 24 Prudential Discovery Plus Annuity | | None | K | T | | | | | | |
| 25 (Mutual Stocks/Bond Fund) Fidelity Adv. Balanced | A | Int. | K | T | | | | | | |
| 26 Washington Mutual (S) | B | Int. | K | T | | | | | | |
| 27 Washington Mutual (DC) | B | Int. | L | T | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| 1 Inc/Gain Cds: (Col. B1,D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Cds: (Col. C1,D3) | J=$15,000 or less N=$250,001-$1,000,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 P4=$50,000,001 or more | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| 3 Val Mth Cds: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br><br>Robert S. Lasnik | Date of Report<br><br>5/8/98 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

In late 1997 I was assigned one of a series of product liability cases brought by persons who contracted E-coli poisoning from drinking Odwalla apple juice. In the case assigned to me, the juice was purchased at a local Starbucks, and Starbucks was also a named defendant (as a product seller) along with Odwalla (the manufacturer). I had my bailiff call all counsel to indicate my three minor children each owned 40 shares of Starbucks stock and I would have to recusemy self under Canon 3(D)(1)(3) unless all parties specifically agreed to have me retain the case. All counsel later indicated they wished me to continue to participate in the proceeding and that stock ownership was not a factor to their clients.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.   (except in the matter discussed above in section VIII.)

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 4, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____ *Robt S Lasnik* _____          Date _5/11/98_

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.,
Washington, D.C. 20544

Digitized by Google